# Third District Court of Appeal
## State of Florida

Opinion filed June 14, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-29
Lower Tribunal No. 20-9987
_____

**SHEDDF2-FL1, LLC,**
Appellant,

vs.

**801 Hialeah Drive, LLC, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Law Offices of Paul Morris, P.A., and Paul Morris; Assouline & Berlowe, P.A. and Peter E. Berlowe and Eric N. Assouline, for appellant.

Coffey Burlington, P.L. and Jeffrey B. Crockett, for appellees.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.